FILED
2/10/17 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Doswell-Hardwick    (JAD)/TPA/CMB/GLT
Date of Meeting: 2/6/17
Case Number: 16-24526   Recording # 12
Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s): Bercik    (Present ✓ or Not Present ___)
Date of Plan at § 341: 12/23/17   Applicable commitment period ✓ 3 yrs ___ 5 yrs

Warmbrodt for Harley Davidson

Need 2015 return, need to know what other returns are outstanding (2014 might be). Any others.

Debtor's property at 7321 Hamilton subject to a condemnation action (possible). Debtor estimates proceeds of $80K. Status of condemnation.

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

Need 2015 return. Continued to confirm payments —

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting  OR  ✓ Conciliation Conf. OR ___ *Contested Hearing
On 4/13/17   at 2:30 am/pm   Location _____

Chapter 13 Trustee/Attorney for Trustee