IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    CASE NO.: 16-24526-JAD

GERI W. DOSWELL-HARDWICK,        CHAPTER 13

DEBTOR(S).

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, COUNTY OF ALLEGHENY, is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

Jeffrey R. Hunt, Esquire
GOEHRING, RUTTER & BOEHM
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
TEL: (412)281-0587
FAX: (412)281-6570

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, telegraph, telex or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or

proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

PLEASE TAKE FURTHER NOTICE that the COUNTY OF ALLEGHENY intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it its or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.

Dated:   March 31, 2017                GOEHRING, RUTTER & BOEHM

                                       By:      /s/ Jeffrey R. Hunt
                                                Jeffrey R. Hunt, Esquire
                                                Pa. I.D. #90342
                                                Frick Building, 14th Floor
                                                437 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 281-0587
                                                Attorney for Movant
                                                jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              CASE NO.: 16-24526-JAD

GERI W. DOSWELL-HARDWICK,          CHAPTER 13

        DEBTOR(S).

## DECLARATION IN LIEU OF AFFIDAVIT

    I certify that this request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, and that I am authorized to make this request for Notices on behalf of the named creditor.

                        GOEHRING, RUTTER & BOEHM

                    By:     /s/ Jeffrey R. Hunt
                               Jeffrey R. Hunt, Esquire
                               Pa. I.D. #90342
                               Frick Building, 14th Floor
                               437 Grant Street
                               Pittsburgh, PA  15219
                               (412) 281-0587
                               Attorney for Movant
                               jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
GERI W. DOSWELL-HARDWICK,  

DEBTOR(S).

CASE NO.: 16-24526-JAD  
CHAPTER 13

## CERTIFICATE OF MAILING OF NOTICE OR OTHER DOCUMENT TO PARTIES IN INTEREST

Paul William Bercik, Esquire  
310 Grant Street, Suite 2330  
Pittsburgh, PA 15219

Ronda J. Winnecour, Esquire  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

Office of the United States Trustee  
Liberty Center  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222

GOEHRING, RUTTER & BOEHM

By:   /s/ Jeffrey R. Hunt  
Jeffrey R. Hunt, Esquire  
Pa. I.D. #90342  
Frick Building, 14th Floor  
437 Grant Street  
Pittsburgh, PA 15219  
(412) 281-0587  
Attorney for Movant  
jhunt@grblaw.com