IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Geri W. Doswell-Hardwick, | : | Bankruptcy No. 16-24526-JAD |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Related to Document No. 48 |
| Geri W. Doswell-Hardwik, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| No Respondent. | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 4, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 09/04/2019

By:   /s/ P. William Bercik_____
Signature
P. William Bercik_____
Typed Name
310 Grant Street, Suite 2330, Pittsburgh, PA 15219_____
Address
(412) 471-2587_____
Phone No.
Pa. ID No. 59174_____
List Bar I.D. and State of Admission


Email: pwilliambercik@cs.com

**PAWB Local Form 7 (07/13)**