**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
GERI W DOSWELL-HARDWICK                     Case No. 16-24526JAD

        Debtor(s)
RONDA J. WINNECOUR,                          Chapter 13
Standing Chapter 13 Trustee,

        Movant                            Document No __
   vs.
HARLEY DAVIDSON CREDIT CORP*

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

HARLEY DAVIDSON CREDIT CORP*           Court claim# 1/Trustee CID# 3
BOX 15129
PALATINE, IL 60055-5129

The Movant further certifies that on 01/13/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                          /s/ Ronda J. Winnecour
                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
cc:  debtor(s)                       SUITE 3250 US STEEL TWR
     original creditor            PITTSBURGH, PA  15219
     putative creditor           (412) 471-5566
     counsel for debtor(s)      cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

| DEBTOR(S):<br>GERI W DOSWELL-HARDWICK, 4 SHADY LANE, PITTSBURGH, PA 15235 | DEBTOR'S COUNSEL:<br>P WILLIAM BERCIK ESQ, LAW OFFICES OF P WILLIAM BERCIK, 210 GRANT ST STE 200, PITTSBURGH, PA 15219 |
|---|---|
| ORIGINAL CREDITOR:<br>HARLEY DAVIDSON CREDIT CORP*, BOX 15129, PALATINE, IL 60055-5129 | :<br>CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 9013, ADDISON, TX  75001 |
| ORIGINAL CREDITOR'S COUNSEL:<br>BUCKLEY MADOLE PC**, PO BOX 9013, ADDISON, TX  75001 | |
| NEW CREDITOR: | |