FILED
2/10/21 7:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | | |
|---|---|---|
| In re: | : | |
| Geri W. Doswell-Hardwick | : | Case No.16-24526-JAD |
| | : | |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Chapter 13 |
| | : | |
| Movant(s) | : | |
| vs. | : | Related to Doc. No. 58 |
| Geri W. Doswell-Hardwick | : | |
| Harley Davidson Credit Corp | : | |
| | : | |
| Respondent(s) | : | |

## ORDER OF COURT

AND NOW, this <u>10th</u> day of <u>February</u>, 2021, upon consideration of the foregoing MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF PAYMENTS TO CREDITOR BASED ON PAY IN FULL NOTICE, and responses thereto, if any, it is hereby ORDERED that Trustee is authorized to terminate further payments to HARLEY DAVIDSON CREDIT CORP on account of its Claim No. 1 (Trustee's CID Number 3), and to further allow the funds that would have been paid on account of the Claim under the plan but for the pay in full notice to be

_____
Jeffery A. Deller           mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Geri W. Doswell-Hardwick
    Ronda J. Winnecour, Esquire
    Paul William Bercik, Esquire
    Brian C. Nicholas, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24526-JAD |
| Geri W Doswell-Hardwick | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Geri W Doswell-Hardwick, 4 Shady Lane, Pittsburgh, PA 15235-4163 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 12, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com cnoroski@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul William Bercik | on behalf of Debtor Geri W Doswell-Hardwick pwilliambercik@cs.com pwilliambercik@yahoo.com |

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Feb 10, 2021 Form ID: pdf900 Total Noticed: 1

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8