UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:    GERI W HARDWICK    CASE NO:    16-24526

CHAPTER:    13

Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim 2 filed on 01/25/17, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

11/24/2021

/s/Kevin Reese
Bankruptcy Specialist
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

RECEIVED
NOV 3 0 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served via the Court's ECF system, I certify that on <u>11/24/2021</u>, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

11/24/2021  /s/Kevin Reese
Bankruptcy Specialist
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


