**Form 106–C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: Geri W Doswell–Hardwick

CASE NUMBER: 16–24526–JAD

RELATED TO DOCUMENT NO: 64

### NOTICE REGARDING
### NONCONFORMING DOCUMENT

The Notice of Claim Satisfaction that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Notice of Claim Satisfaction received by mail must have the filer's written original signature and address listed below signature line.

You must file Notice of Claim Satisfaction within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Claim Satisfaction that is filed in response to this Notice.**

Dated this The 30th of November, 2021

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 16-24526-JAD

Geri W Doswell-Hardwick                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: lfin                                          Page 1 of 2

Date Rcvd: Nov 30, 2021                 Form ID: 106c                             Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Wells Fargo Auto, Carrie Lyon, 250 E John Carpenter Fwy, T9010-029-FL 02, Irving, TX 75062-2806 |
| 14353811 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | * | Wells Fargo Auto, Carrie Lyon, 250 E John Carpenter FWY, T9010-029 FL 02, Irving, TX 75062 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |

District/off: 0315-2                      User: lfin                              Page 2 of 2
Date Rcvd: Nov 30, 2021                   Form ID: 106c                           Total Noticed: 2

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Paul William Bercik
                          on behalf of Debtor Geri W Doswell-Hardwick pwilliambercik@cs.com  pwilliambercik@yahoo.com

Peter J. Ashcroft
                          on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
                          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com


TOTAL: 8