IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Modified

**DEFAULT O/E JAD**

IN RE:
  GERI W DOSWELL-HARDWICK

          Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:16-24526 JAD

Chapter 13

Document No.: 70

ORDER OF COURT

AND NOW, this ___17th___ day of ___May___, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

(7) The Debtor(s) SHALL FILE his/her Financial Management Course Certificate And Certificate Of Discharge Eligibility by __6/7/2022_____ or sanctions may be imposed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 16-24526-JAD

Geri W Doswell-Hardwick   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: May 17, 2022     Form ID: pdf900     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geri W Doswell-Hardwick, 4 Shady Lane, Pittsburgh, PA 15235-4163 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 14332006 | | Allegheny County Treasurer, Room 108, Court House, Pittsburgh, PA 15219-2497 |
| 14332007 | | City and School District of Pittsburgh, 414 Grant Street, Pittsburgh, PA 15219-2476 |
| 14332010 | | Health America, P.O. Box 6536, Carol Stream, IL 60197-6536 |
| 14332011 | | Receivables Outsourcing, LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 14353811 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 17 2022 23:50:00 | City of Pittsburgh & School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 17 2022 23:50:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | May 17 2022 23:50:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14366683 | | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 23:48:26 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14395271 | + | Email/Text: ebnjts@grblaw.com | May 17 2022 23:50:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14395298 | + | Email/Text: ebnjts@grblaw.com | May 17 2022 23:50:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14332008 | | Email/Text: G06041@att.com | May 17 2022 23:51:00 | Direct TV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14415813 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 23:58:48 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14419272 | + | Email/Text: kburkley@bernsteinlaw.com | May 17 2022 23:51:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14342003 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 17 2022 23:50:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14332009 | | Email/Text: bankruptcy.notices@hdfsi.com | | |

Case 16-24526-JAD    Doc 75    Filed 05/19/22    Entered 05/20/22 00:25:08    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 21 |

|  |  |  | May 17 2022 23:51:00 | Harley-Davidson Credit Corp., P.O. Box 22048, Carson City, NV 89721-2048 |
|---|---|---|---|---|
| 14369490 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2022 23:48:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14395295 | + | Email/Text: ebnpwsa@grblaw.com | May 17 2022 23:50:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14332012 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2022 23:50:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Duquesne Light Company |
| cr |  | Harley-Davidson Credit Corp |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul William Bercik | on behalf of Debtor Geri W Doswell-Hardwick pwilliambercik@cs.com  pwilliambercik@yahoo.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: May 17, 2022　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 21
TOTAL: 8