IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Geri Doswell-Hardwick | : | Bankruptcy No. 16-24526-JAD |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Geri Doswell-Hardwick, Debtors, Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies: The Debtor is not required to pay Any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 7, 2022, at docket number 16-24526-JAD, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 06/07/2022        By:   /s/ P. William Bercik
                                Signature
                                P. William Bercik
                                Name of Filer - Typed
                                210 Grant St, Ste 200, Pittsburgh, PA 15219
                                Address of Filer
                                pwilliambercik@cs.com
                                Email Address of Filer
                                (412) 471-2587
                                Phone Number of Filer
                                Pa. ID No. 59174
                                Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**